UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BRACALENTE, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CISCO SYSTEMS, INC.,<br><br>　　　　　　Defendant. | Case No. 22-cv-04417-EJD<br><br>**JUDGMENT**<br><br>Re: ECF No. 115 |

For the reasons stated in the Order Granting Motion to Dismiss Third Amended Complaint, this action is dismissed with prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 11, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　United States District Judge